**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
96-16TH STREET, LLC,

               Plaintiff,

-against-　　　　　　　　　　　　　　　　　　24 **CIVIL** 1064 (MKV)

                                               **JUDGMENT**

PENN-STAR INSURANCE COMPANY,

               Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2025, Defendants' motion for summary judgment [ECF No. 21] is GRANTED, and Plaintiff's motion for summary judgment [ECF No. 22] is DENIED. Judgment is entered in favor of Defendant Penn-Star Insurance Company; accordingly, the case is closed.

**Dated:**  New York, New York

      September 26, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                         **BY:**　　*K. Mango*

                                                       **Deputy Clerk**